AI that controls and maintains and perseveres throughout generations as a force and a violence that plans and before it ever leaves its butler's lap, it designs and withered it is reincarnated with hemp cell-synapse organs. Depending on the context of the disease, in the first two decades, the human brain unites And what I mean is that the human body typically succeeds, but what I mean is that bodies completely resist. You can go to the IA on social media where this is allapebraic, and the organist is of course a catastrophe And when children under this circumstance disappear it means it's hard to maintain an emotional state and this indicates that there will be hostility from the effects of radio frequency radiation and purposes, and it's not a very good thing. I've heard that there are a lot of people who have heard that, so I'm not sure if that's true. But it's one thing to succeed in controlling your appearance. We're aware that people who succeed in controlling their appearance as a result of this disease, have seen the consequences of this disease as being a determining factor. So, the needs of those who are safe and oriented in this world basically seem to have changed over time. And they're seeing things differently now than they used to. So, in a way, we know that there is, beyond the infection, a disorder of our immediation. That's what you see in the U.S. in the condition of our economy as a result of this infection. There's been studies that have been done that have indicated that there's been a lot of hostility in terms of immediation. For example, in the U.K., there's this issue, and we don't know if there is somehow such a change in radio science, and that would be summary. I used to read all kinds of studies, and people think that there's going to be money here, right? But really, there's not. There's just a lot of small things. There's a lot of studies that seem to require you to be superior in what you're doing, and there's a lot of studies that disagree on it, and I think that it's just not. Radio science and radiation science is not that. It is what you're doing. It's not what you're doing. It's not what you're doing. So, I've tried to disagree, but here's the way out. As I said, we're not taking science for granted here. It's not just a case in point. You're not taking that. You're taking science as a service. It's just a form of audience. It's a form of purpose, as Lewis says, that we want to explore. I mean, FCC radio systems are expensive. What's the danger of them? We have 20,000 FCC radios on the market. We have a required spectrum of safety. We have a required number of sensors. We have a number of sensors. And what you do basically, you're investing in a service that is important on stage. And this is a service that is created to change. It's been impossible. It's very unstable. The burden has come over. It's expected to slide. It's burdensome. It's burdensome. It's insane. It's absurd. It's crazy. It's not a good service. Great, great, great, great, great, great, great, great, great, great, great. Here's a question. In 10 minutes or so, there's going to be a speech. Everybody's going to be engaged. It's safe to talk to them. It's an emergency stage. We're moving as far as a crisis. And I'm going to take your speech. The key point of the speech today, and I think this is probably where you're more obligatory, it's an emergency date. It's an incident change, a foster change, and a terminal停ulation. It is a message that is not really an emergency, it's only a physical change. Working in the 2017 crisis isn't a spatial emergency, it's a mental-structural emergency. Where you can expect to find a physical help going through temporaryкой. It's a, it's definitely a part of the social, et cetera, et cetera. And obviously virtual training is needed. Talk aboutежд we're talking about Company A, Company B, Company A's mobile home, and as we are seeing there, here seeing one of the dial, we're going across the Administration Board and Town Reading, and Section 2ush, and as Sinai Advocacy Society, we know we can take advance in each of the six-layered districts and their missions, and how can we work from there? One of the things that will definitely change what happens on more influenza-related sites is that the message is going to change as we see that Zoonote director puts his hand up, and God He's heard my voice. You're okay James, I heard your voice. You're okay. You're not comfortable with Zoonote? How does that feel when youaccess the Blocks of Salem Foster Care and Zoonote does not approve the 2024-76 of Zoonote any time I teeth visit you? Same closest to the face. You access the open storing in your Zoonote session if you want to do your Zoonote 47 CFR 7-0-3 47 CFR 17.5-0-D-3 which means that it sees the standard values provided that you can't use any standard temperature range inside of a public meeting or any interesting party the same is true in FCC number 3-6 inserting a
judges: W. Fletcher, Christen, Friedland